*E-Filed 1/4/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE CRUMP, | No. C 15-4579 RS (PR) |
|     Petitioner, | **ORDER OF DISMISSAL** |
|     v. | |
| JOHN SOTO, | |
|     Respondent. | |

Petitioner has failed to pay the $5.00 filing fee by the deadline. Accordingly, this federal habeas action is DISMISSED without prejudice. His motions to extend time to pay the fee (Docket Nos. 13 and 16) are DENIED. His motion for leave to file his traverse (Docket No. 14) is DENIED as premature. A traverse cannot be filed until after respondent has filed an answer. The filed traverse (Docket No. 15) shall not constitute any part of this action.

Because this dismissal is without prejudice, petitioner may move to reopen at any time. Any such motion must contain (1) full payment for the $5.00 filing fee, or, (2) if petitioner can no longer afford to pay the fee, a complete application to proceed *in forma pauperis* ("IFP") showing that he lacks sufficient funds. An IFP application will be sent to him. The Clerk shall terminate Docket Nos. 13 and 16, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

DATED: January 4, 2016

                                                    RICHARD SEEBORG
                                            United States District Judge