*E-Filed 2/10/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE CRUMP, | No. C 15-4579 RS (PR) |
|     Petitioner, | **ORDER REOPENING ACTION;** |
| v. | **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS;** |
| JOHN SOTO, | |
|     Respondent. | **ORDER DIRECTING PETITIONER TO PAY THE FILING FEE BY MARCH 28, 2016** |

    This federal habeas corpus action was dismissed because petitioner failed to pay the filing fee by the deadline. He since has filed a motion to reopen and a new *in forma pauperis* ("IFP") application. (Docket Nos. 23–25.) The motion to reopen is GRANTED. The action is REOPENED and the Clerk is directed to modify the docket accordingly. The judgment (Docket No. 20) and the order of dismissal (Docket No. 19) are VACATED.

    Presently before the Court is petitioner's application to proceed IFP. (Docket No. 25.) In support of such application, petitioner submitted a Certificate of Funds in Prisoner's Account signed by an authorized state official. The most recent Certificate of Funds shows that the average deposits to petitioner's account for the six months preceding the filing of the IFP application were $0.00, and the average balance in petitioner's account for the same time

United States District Court
For the Northern District of California

1  period was $66.97.

2      Based on the above, the Court finds that petitioner is able to afford the $5.00 filing fee
3  in this action.  Accordingly, petitioner's application to proceed IFP is DENIED.  Petitioner
4  shall pay the $5.00 filing fee in this matter by submitting full payment to the Clerk of the
5  Court on or before March 28, 2016.  Petitioner's failure to do so will result in the dismissal of
6  this action for failure to prosecute under Federal Rule of Civil Procedure 41(b), and without
7  further notice to petitioner.  **No extensions of time will be granted.**  The Clerk shall
8  terminate Docket Nos. 23, 24 and 25.

9      **IT IS SO ORDERED.**

10 DATED:  February 10, 2016

                RICHARD SEEBORG
11                 United States District Judge