UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE CRUMP,<br><br>      Petitioner,<br><br>      v.<br><br>JOHN SOTO,<br><br>      Respondent.<br>_____/ | No. C 15-4579 RS (PR)<br><br>**ORDER DENYING MOTION FOR A PRELIMINARY INJUNCTION** |

Petitioner asks this Court to issue an order to prevent his imminent transfer to another state institution. (Docket No. 34.) He believes he will not have access to an adequate law library at the new institution, nor to his legal papers, which he believes his jailors will not let him take with him. These deprivations, according to petitioner, will prevent him from adequately prosecuting his federal habeas petition.

The motion is DENIED. First, petitioner speculates, but does not know yet, that the law library at the new institution is or will be inadequate. Second, the possible deprivation of his legal materials does not justify the issuance of an order preventing his transfer. He will have copies of respondent's filings because they will be served on him at his current address (the currency of which petitioner is responsible for maintaining) and therefore he will be able to respond to respondent's contentions. If he needs more time to answer respondent's filings, he may file a motion to extend his filing deadline or to stay the action entirely. Therefore, at present, the issuance of an order preventing his transfer is not warranted.

**IT IS SO ORDERED.**

DATED: April 13, 2016

_RICHARD SEEBORG_
United States District Judge