UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN CRUMP,

          Plaintiff,

    v.

JOANN KINGSTON, et al.,

          Defendants.

Case No. 25-cv-06548-EMC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Plaintiff Steve Crump, pro se, has filed a civil rights lawsuit against Alameda County Superior Court Judge Gloria Rhynes and Alameda County Public Defender Joann Kingston that also seeks habeas relief. Dkt. No. 4 at 18. Mr. Crump appears to have filed at least three prior habeas petitions with this Court, all of which were adjudicated by Judge Seeborg. *See* Case Nos. 15-cv-04579-RS; 18-cv-04127-RS; 22-cv-06129-RS.

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is therefore REFERRED, *sua sponte*, to the Honorable Richard Seeborg for consideration of whether the case is related to Mr. Crump's prior habeas petitions. Any party may file a response in support of or opposition to finding the cases related no later than September 23, 2025.

**IT IS SO ORDERED.**

Dated: September 17, 2025

_____
EDWARD M. CHEN
United States District Judge